[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12429

Non-Argument Calendar

_____

MARVIN PALMER,
In the Name of Eternal Lord Scientific Allah, Honorable,

Plaintiff-Appellant,

*versus*

PINELLAS COUNTY CIRCUIT COURT,
Florida, Misdemeanor Division,
PINELLAS COUNTY JUSTICE CENTER,

Defendants-Appellees.

_____

2                    Opinion of the Court                    24-12429

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cv-00985-KKM-AAS

_____

Before JILL PRYOR, NEWSOM, and LUCK, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Marvin Palmer, proceeding *pro se*, does not specify in his notice of appeal a decision by the district court that he seeks to appeal. We liberally construe his notice as appealing from the district court's final judgment, which dismissed Palmer's complaint, because the notice was filed after that judgment was entered and discusses matters raised in the complaint. *See Campbell v. Air Jam. Ltd.*, 760 F.3d 1165, 1168 (11th Cir. 2014) (providing that *pro se* filings are held to a less stringent standard than formal filings drafted by lawyers and are liberally construed).

The 30-day statutory time limit required Palmer to file a notice of appeal from the district court's May 10, 2024 final judgment on or before June 10, 2024. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). However, Palmer did not file his notice of appeal until July 29, 2024. Further, there is no basis in the record for relief under Federal Rules of Appellate Procedure 4(a)(5) or 4(a)(6). *See* Fed. R. App. P. 4(a)(5), (6). Accordingly, the notice of appeal is untimely and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

24-12429                Opinion of the Court                3

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.